Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00368-CV

## IN RE HARDING-CONLEY-DRAWERT-TINCH INSURANCE AGENCY, INC. a/k/a HCDT INSURANCE AGENCY, INC., PAUL POETTGEN, MARYANNA CHRISTENSEN AND JOYCE TINCH, AS HEIR TO ACE TINCH, DECEASED

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  June 1, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On May 26, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-PC-1086, styled *In re Estate of Allen C. Tinch Jr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.